# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144100

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAMES ARTHUR M. STEVENS,
     Defendant-Appellant.

SC: 144100
COA: 305886
Van Buren CC: 10-017005-FC

_____/

On order of the Court, the application for leave to appeal the October 3, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

y0319